MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
Assistant United States Attorneys

    450 Golden Gate
    San Francisco, CA 94102
    Telephone: (415) 436-6740
    E-Mail:    kathryn.haun@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-00416 SBA |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATED REQUEST TO CONTINUE |
| v. | ) HEARING DATE TO MAY 1, 2012 |
| JOSEPH COOMBS, | ) |
|   aka, Gumby, | ) |
| Defendant. | ) |

The above-captioned matter is set on April 25, 2012 before this Court for the filing of a financial affidavit (defense counsel was provisionally appointed) and for a detention hearing. At this time the defendant waives his right to a detention hearing and thus the parties request that the Court vacate tomorrow's appearance and place the matter on the duty magistrate's calendar for the purpose of filing the completed financial affidavit on May 1, 2012, the same morning on which the defendant is scheduled to appear before Judge Armstrong. Time has already been excluded under the Speedy Trial Act until May 1, 2012.

DATED: April 24, 2012

| /s/ | /s/ |
|---|---|
| KATHRYN R. HAUN | ELLEN LEONIDA |
| Assistant U.S. Attorney | Counsel for Defendant |

STIP. REQ. TO CONTINUE HEARING TO MAY 1, 2012
1

# ~~PROPOSED~~ ORDER

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from April 25, 2012 to May 1, 2012, and that the defendant is remanded to the custody of the U.S. Marshals.

DATED: April 24, 2012

_____
HON. KANDIS WESTMORE
United States Magistrate Court Judge