MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kathryn.haun@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOSEPH COOMBS, <br>   a/k/a "Gumby" <br>     Defendant. | No. CR-11-00416 SBA <br><br> STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON SEPTEMBER 11, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:    May 1, 2012 <br> Time:   10:00 a.m. <br> Court:   Hon. Saundra Brown Armstrong |

    The above-captioned matter is set on May 1, 2012 before this Court for a status hearing. The parties request that this Court vacate that date and set this matter for change of plea and sentencing on September 11, 2012 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 11, 2012.

    The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the parties request that this matter be set on September 11, 2012 at 10:00 a.m. for change of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 11, 2012 & TO EXCLUDE TIME
No. CR-11-00416 SBA

that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between May 1, 2012 and September 11, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: April 30, 2012

_____/s/_____          _____/s/_____
KATHRYN R. HAUN                                    ELLEN LEONIDA
Assistant United States Attorney                   Counsel for Defendant

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 11, 2012 & TO EXCLUDE TIME
No. CR-11-00416 SBA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00416 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET |
|  | ) | CHANGE OF PLEA AND SENTENCING |
| v. | ) | ON SEPTEMBER 11, 2012 AND TO |
|  | ) | EXCLUDE TIME UNDER THE SPEEDY |
| JOSEPH COOMBS, | ) | TRIAL ACT |
| a/k/a "Gumby" | ) |  |
|  | ) | Date: May 1, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
|  | ) | Court: Hon. Saundra Brown Armstrong |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

The parties jointly requested that the May 1, 2012 status hearing be vacated and that this matter be set for change of plea and sentencing on September 11, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between May 1, 2012 and September 11, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on September 11, 2012 at 10:00 a.m., and that time between May 1, 2012 and September 11, 2012

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 11, 2012 & TO EXCLUDE TIME
No. CR-11-00416 SBA

1 | is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),
2 | for consideration by the Court of a proposed plea agreement to be entered into by the defendant
3 | and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_5/2/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge